# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Venue**

---

## Report on Person Under Supervision

---

**Person Under Supervision**
Desean Bailey

**Docket Number**
0971 3:18CR00003-001 CRB

**Name of Sentencing Judge:** The Honorable Charles R. Breyer
Senior United States District Judge

**Date of Original Sentence:** August 29, 2018

**Original Offense:** Count One: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1), a Class C Felony.

**Original Sentence:** 57 months of custody; three (3) years of supervised release

**Special Conditions:** Mental health treatment; $100 special assessment; search by U.S. Probation; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA

**Prior Form(s) 12:** On October 10, 2023, a Petition for Warrant for Person Under Supervision was filed alleging that Mr. Bailey committed a new law violation, was in possession of firearms, and unlawfully possessed a controlled substance. On December 13, 2023, Mr. Bailey's term of supervised release was revoked. He was sentenced to 24 months imprisonment and 12 months of supervised release.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Sailaja Paidipaty
**Defense Counsel**
Daniel Blank (AFPD)

**Date Supervision Commenced**
September 15, 2025
**Date Supervision Expires**
September 14, 2026

---

## Petitioning the Court to Take Judicial Notice

## Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated mandatory condition number three, in part, that you must refrain from any unlawful use of a controlled substance. |

On September 19, 2025, Mr. Bailey report to the U.S. Probation Office in Oakland, California as instructed and submitted to a drug test, which was positive for marijuana. Mr. Bailey signed an admission form for illicit use.

This charge is evidenced by the signed U.S. Probation admission form dated September 19, 2025.

**Action Taken and Reason**

Mr. Bailey was forthcoming about the illicit substance use prior to submitting to a drug test. He reported that he had last used marijuana the week prior to report to the probation office. Mr. Bailey has since submitted to a subsequent drug test, which was negative for all illicit substances, indicating Mr. Bailey ended his use of controlled substances.

Based on the above, it is respectfully recommended that the Court take judicial notice of Charges One. Mr. Bailey will be subjected to drug testing by the U.S. Probation office when instructed. Should there be any new violation conduct, the Court will be notified, and an appropriate course of action will be recommended.

Respectfully submitted,

Vivian Vuong
U.S. Probation Officer
Date Signed: October 31, 2025

Reviewed by:

Jenna Russo
Supervisory U.S. Probation Officer

THE COURT ORDERS:

- [x] XX The Court concurs and takes judicial notice
- [ ] Submit a request to modify supervision
- [ ] Submit a request for a warrant
- [ ] Submit a request for summons
- [ ] Other:

October 31, 2025
Date

Charles R. Breyer
Senior United States District Judge